JUDGE JOHNSTON
MAGISTRATE JUDGE SCHNEIDER

FILED
5/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

25CR50019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| UNITED STATES OF AMERICA | No. |
|---|---|
| v. | Violation: Title 26, United States Code, Section 7206(2) |
| GRETCHEN ALVAREZ, also known as Gretchen Trejo | |

## INFORMATION

The UNITED STATES ATTORNEY charges:

1. At times material to this Information:

   a. The Internal Revenue Service was part of the United States Department of the Treasury and was responsible for, among other things, administering the tax laws of the United States, collecting income taxes, and issuing income tax refunds to eligible taxpayers.

   b. The IRS allowed taxpayers who were entitled to a refund of federal individual income taxes to claim that refund by signing and filing in person, by mailing, or by electronically filing a U.S. Individual Income Tax Form 1040 (hereafter "Form 1040").

   c. The information which the Form 1040 required the taxpayer to provide included, but was not limited to, the taxpayer's name and address, social security number, filing status, number of dependents, total income for the tax year, the amount of federal income tax withheld during the tax year, and the amount of tax due or refund claimed. Depending on the circumstances and submissions of the

particular taxpayer, various other schedules and forms also were required to be attached to the Form 1040.

  d. A taxpayer's total income included any gain or loss from a business. Taxpayers were required to report any such gain or loss from a business on their Form 1040 and to attach a Schedule C that listed, among other things, the business's gross receipts and expenses.

  e. The IRS considered information contained in Forms 1040, and accompanying schedules and forms, including but not limited to Schedule C, in determining and issuing a tax refund. After receiving this information, the IRS issued a refund to the taxpayer if there were no outstanding tax liabilities or other federally authorized deductions on record with the IRS.

  f. An individual taxpayer could request that a qualified and registered tax preparation officer prepare applicable forms and schedules on the taxpayer's behalf, and this tax preparer could submit the forms and schedules necessary to complete the taxpayer's United States Individual Income Tax Return.

  g. Defendant GRETCHEN ALVAREZ, also known as Gretchen Trejo, owned and operated a tax return preparation business under the name "Sick Credit Repair & Tax & Legal Services" from her house in Rockford, Illinois. ALVAREZ's business included preparing federal individual income tax returns on behalf of individual taxpayers.

h. While preparing tax returns through her business, defendant ALVAREZ presented herself to clients as a person trained in and knowledgeable about the preparation and filing of federal income tax returns.

2. On or about March 21, 2019, at Rockford, in the Northern District of Illinois, Western Division,

GRETCHEN ALVAREZ, also known as Gretchen Trejo,

defendant herein, willfully aided and assisted in the preparation and presentation to the Internal Revenue Service of a United States Individual Income Tax Return (Form 1040 with schedules and attachments) for calendar year 2018 on behalf of Taxpayer Z.M., which was false and fraudulent as to a material matter, namely:

On Schedule 1 (Form 1040), Line 12, and on Schedule C (Form 1040), Lines 29 and 31, that Taxpayer Z.M. had business losses totaling $67,875 when, in fact, as defendant well knew, these statements were false;

In violation of Title 26, United States Code, Section 7206(2).

_____
UNITED STATES ATTORNEY